**TRAVIS A. GAGNIER**
ATTORNEY AT LAW
33507 NINTH AVENUE SOUTH, BLDG. F
FEDERAL WAY, WA 98003
**253-941-0234 (Main)**
www.bestbk.com

SEATTLE OFFICE
1420 Fifth Avevue, Suite 2200
Seattle, WA 98101
206-622-0123

SOUTHCENTER OFFICE
14900 Interurban Avenue S., Suite 271
Seattle, WA 98168
253-852-8114

March 24, 2023

Case #: 20-41285
Re: Raymond Vaughn

## Fees

| Date | Staff | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/04/2022 | SM | Work on case, pmts. Review wage order. | 200.00 | 0.10 | 20.00 |
| 08/09/2022 | SM | Review of case, pmts and respond to client email re: plan payments, questions. | 200.00 | 0.20 | 40.00 |
| 08/18/2022 | JR | Review of docket for responses. Docketed Declaration of No Objections with the court. Reviewed final order, lodged for entry - order re: modify plan | 200.00 | 0.10 | 20.00 |
| 02/02/2023 | SM | Review case. Respond to client email re: 2022 tax return and provide copy of 1098 from mortgage lender. | 200.00 | 0.20 | 40.00 |
| | SH | Prepared letter to client re: 2022 1098 enclosed. Reminded client to send in 2022 tax returns. | 145.00 | | 0.00 |
| 02/16/2023 | TAG | Review of case, email string and other issues re: refinance. Detailed email back to creditor re: same, questions and timeline. | 450.00 | 0.50 | 225.00 |
| 02/20/2023 | TAG | Continued work on plan modification and approval of refinance prior to month 36 of case. Respond to broker. Notes to para re: same. Call with broker re: same, discussed timing and other issues. Call to client on same. | 450.00 | 0.50 | 225.00 |
| 02/28/2023 | SM | Work on modified plan to drop mortgage due to pending refinance. | 200.00 | 0.30 | 60.00 |
| 03/01/2023 | SM | Work on modification, refinance. Contact broker again re: need Loan Estimate for refinance. Broker will get to us and we need to "hang tight". | 200.00 | 0.30 | 60.00 |
| 03/10/2023 | SM | Review case; follow up message for Loan Estimate. | 200.00 | 0.10 | 20.00 |
| 03/21/2023 | TAG | Work on motion re: refinance. Calls with client and broker re: same having just today gotten the estimated closing statement. Now it is an emergency to get filed to get on 4/12/23. Prepared motion, order and declaration on refinance motion. Circulated to client. Requested corrected, estimated closing statement. Notes to SM re: same and working up draft of motion to modify to file by tomorrow w/ client paystubs coming in overnight. | 450.00 | 1.50 | 675.00 |
| | SM | Review of budget, 2022 tax return submitted by client. Prepared Tax Return Review form, notes for attorney. | 200.00 | 0.40 | 80.00 |
| | SM | Receive and review Loan Estimate. Work on budget for refinance. | 200.00 | 0.40 | 80.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Raymond Vaughn |  |  | Statement Date: | 03/24/2023 |
|  | Account No. 2541.00 |  |  | Statement No. | 27871 |
|  |  |  |  | Page No. | 2 |

|  |  |  | Rate | Hours |  |
|---|---|---|---:|---:|---:|
|  | SM | Discuss case with attorney. Finish working on modified plan. | 200.00 | 0.30 | 60.00 |
|  | TAG | Review of notes, tax return review form and 2021 tax return. Instructions to para re: same. | 450.00 | 0.20 | 90.00 |
| 03/23/2023 | SM | Continued work on plan modification, contact client re: modified plan. Prepare motion and declaration re: modification of plan. | 200.00 | 0.60 | 120.00 |
|  | TAG | Revise, finalize modified plan for SM to circulate to client. Revise amended budget re: same. | 450.00 | 0.35 | 157.50 |
| 03/24/2023 | CB | Prepared fee itemization through motion to modify per SM. Review of prior application(s). To atty for review. | 200.00 | 0.40 | 80.00 |
|  | TAG | Review, revise and finalize motion, dec re: modification of plan. Will hold on DNR to confirm refinance closed in April before entering order on mod b/c it drops out the residence/mortgage that is paid/cured in the currently confirmed plan. | 450.00 | 0.35 | 157.50 |
|  | TAG | Review and finalize fees through motion to modify. | 450.00 | 0.10 | 45.00 |
|  |  | For Current Services Rendered |  | 6.90 | 2,255.00 |

Recapitulation

| Title | Hours | Rate | Total |
|---|---:|---:|---:|
| Senior Attorney -TAG | 3.50 | $450.00 | $1,575.00 |
| Sr. Paralegal | 3.40 | 200.00 | 680.00 |

Expenses

| Date |  |  |
|---|---|---:|
| 03/21/2023 | Postage re: full ntc mailings - Motion to Approve Refinance at 59 units. | 37.17 |
| 03/21/2023 | Copies re: full ntc mailings - Motion to Approve Refinance at 59 units. | 17.70 |
| 03/24/2023 | Postage re: full ntc mailings - Motion to Modify at 59 units. | 37.17 |
| 03/24/2023 | Copies re: full ntc mailings - Motion to Modify at 59 units. | 23.60 |
|  | Total Expenses | 115.64 |
|  | Total Current Work | 2,370.64 |
|  | Balance Due | $2,370.64 |